**NASSER LAW**
Nedeen Nasser, SBN 256430
222 N. Pacific Coast Hwy, Fl 10
El Segundo, CA 90245
P: (310) 999-9464
F: (714) 829-3319
E: nnasser@nasserlegal.com
Attorney for Defendant
OCCAMS ADVISORY INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| DONALD R. LOVE, an individual<br><br>Plaintiff,<br><br>v.<br><br>OCCAMS ADVISORY INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:26-cv-02768-JGB-ACCV<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Fed. R. Civ. P. 55(c)<br><br>Complaint Filed: May 22, 2026 |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SET ASIDE ENTRY OF DEFAULT**

Before the Court is Defendant Occams Advisory, Inc.’s Unopposed Motion to Set Aside Entry of Default. Having considered the Motion, the supporting declaration, the record, and the absence of opposition, and good cause appearing, the Court GRANTS the Motion and ORDERS as follows:

1. The Clerk's entry of default against Defendant Occams Advisory, Inc. (Dkt. No. 13) is SET ASIDE pursuant to Federal Rule of Civil Procedure 55(c).
2. Defendant shall file and serve its answer or otherwise respond to the Complaint, including any counterclaim, within fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

Dated: ______________________

________________________________
Hon. Jesus G. Bernal
United States District Judge